JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL M., | ) |
| | ) CASE NO.: 2:24-cv-02266-E |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| MARTIN O'MALLEY, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS ORDERED that this matter is dismissed without prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: August 27, 2024

HON. ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE